**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| DARLENE ROGALSKI, | CASE NO:   1:12-CV-2295 |
| Plaintiff, | |
| v. | MAGISTRATE JUDGE NANCY A. VECCHIARELLI |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | **MEMORANDUM OPINION AND ORDER** |
| Defendant. | |

This case is before the Magistrate Judge by the consent of the parties.  (Doc. No. 13.)  On July 11, 2013, Plaintiff, Darlene Rogalski, through her attorney, Marcia Margolius, filed a motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $3,235.49. (Application for Attorney Fees ("EAJA Application"), Doc. No. 19.)  This amount represented 17.75 hours of services rendered by Ms. Margolius at an hourly rate of $187.56.  (*Id.*)  Defendant did not file any opposition to the EAJA Motion.[1]

On July 30, 2013, the parties filed a Joint Stipulation to an Award of Fees under the EAJA in the amount of $3,000.00.  (Doc. No. 22.)  The Court finds the stipulated amount to be reasonable.  Therefore, the Court awards Plaintiff $3,000.00 in attorney fees pursuant to the EAJA.  This award shall satisfy all of Plaintiff's claims for fees and

---

[1]  On February 14, 2013, Carolyn W. Colvin became Acting Commissioner of Social Security.  She is automatically substituted as the defendant in this case pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

expenses under 28 U.S.C. § 2412. Pursuant to the parties' stipulation, if counsel for the parties can verify that Plaintiff owes no pre-existing debts to the United States that are subject to offset, Defendant shall direct that the award be made payable to Plaintiff's counsel subject to the assignment signed by Plaintiff and her counsel, and that the Treasury Department mail any check in this matter to the business address of Plaintiff's counsel.

      IT IS SO ORDERED.

                                                s/ *Nancy A. Vecchiarelli*
                                                U.S. Magistrate Judge

Date: July 30, 2013